United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| CHIEF JUDGE | CLERK OF COURT |

Date: March 12, 2015　　　　　　　　　　DC Docket #: 08-cv-6978
Docket #: 14-4134cv　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: NML Capital, Ltd. v. Republic of　DC Judge: Griesa
Argentina

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to dismiss filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 24, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .